**Miguel GARZA, Petitioner–Appellant,**

v.

**Scott KERNAN and Attorney General State of California, Respondents– Appellees.**

No. 09–17517.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 23, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

Miguel Garza, Ione, CA, pro se.

Judy Kaida, Esquire, Deputy Attorney General, AGCA–Office of The California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Miguel Garza appeals from the district court's judgment denying his 28 U.S.C.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Garza contends the prosecutor's race-neutral explanation for excusing an African–American juror was in violation of *Batson v. Kentucky*, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986).

The California Court of Appeal's determination that there was no *Batson* violation "was not an unreasonable determination of facts in light of the evidence presented in the State court proceeding." *See* 28 U.S.C. § 2254(d)(2). The question is not whether the prosecutor's stated race-neutral reason represents a sound strategic judgment, but "whether counsel's race-neutral explanation for a peremptory challenge should be believed." *Kesser v. Cambra*, 465 F.3d 351, 359 (9th Cir.2006) (en banc); *see also Cook v. LaMarque*, 593 F.3d 810, 815 (9th Cir. 2010) (to show "purposeful discrimination at *Batson*'s third step" the petitioner must establish that "race was a substantial motivating factor").

We construe appellant's additional arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood*, 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument.   *See* Fed. R. App. P. 34(a)(2).